```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISTIN BALLAS,                               :
                                              :    **ORDER**
            Plaintiff,                        :
                                              :
    -v-                                       :    22-CV-10332 (JLC)
GREENHOUSE SOFTWARE, INC.,                    :
                                              :
            Defendant.                        :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at the Rule 16 conference the Court held today, by **April 21, 2023**, plaintiff will file an amended complaint. Thereafter, defendant will answer, move, or otherwise respond to the amended complaint, including the filing of any cross-claims, consistent with the Federal Rules of Civil Procedure. The Court will reschedule the Rule 16 conference once all appropriate parties have been joined and responded to the amended pleadings.

    **SO ORDERED.**

Dated: March 21, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge