UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISTIN BALLAS,                                    :
                                                   :
                        Plaintiff,                 :
                                                   :
        -v-                                        :
                                                   :
GREENHOUSE SOFTWARE, INC., *et al.*,               :
                                                   :
                        Defendants.                :
------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __2/1/2024__ |

**ORDER**

22-CV-10332 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a status conference today by telephone.  At the conference, the Court set the following deadlines:

By **May 15, 2024**, the parties will complete non-expert discovery.  Plaintiff's expert disclosure and reports will be due by **August 1, 2024**, and defendants' expert disclosures and reports will be due by **September 15, 2024**.  The parties are to complete all expert discovery by **October 15, 2024**.

Additionally, on **May 21, 2024 at 10 a.m.**, the Court will hold a status conference by Teams to discuss settlement.  The Court will provide counsel with the Teams call-in information a few days before the conference.

        **SO ORDERED.**

Dated: February 1, 2024
          New York, New York

_____
JAMES L. COTT
United States Magistrate Judge