USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/6/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN BALLAS,

                Plaintiff,

    -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

               Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a discovery conference regarding the status of expert discovery in this case. For the reasons discussed during today's telephone conference, the expert discovery deadline remains March 31, 2025, with the exception of the deposition of Dr. Malholtra, which may go forward on April 2, 2025.

    The parties are directed to confer and file a joint status report by February 20, 2025, that addresses the status of scheduling (1) depositions of the three Treating Physician Experts, and (2) discovery from Dr. De Benedetto related to the March 6, 2025 independent medical examination of Plaintiff, including deadlines for disclosure of his report and deposition.

    Defendants are urged to make payment to Plaintiff's experts in advance of the scheduled deposition dates as has been the convention in this case. Plaintiff reserves the right to move to preclude these depositions if they are not paid in advance.

**SO ORDERED.**

Dated: February 6, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge