UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2025
```

KRISTIN BALLAS,

                Plaintiff,

    -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

                Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' status report dated February 19, 2025. ECF No. 180. The parties report that the only outstanding scheduling is the date for disclosure of Dr. Richard De Benedetto's records and his deposition.

    The parties are directed to submit a joint status report by March 13, 2025, regarding the status of expert discovery.

    Defendants are directed to include in the March 13 status report the date upon which the parties have agreed for the deposition of Dr. De Benedetto. Defendants are further directed to disclose the De Benedetto records by March 17, 2025.

    A status conference is scheduled on March 17, 2025 at 11:30 a.m. by telephone. Counsel should contact Chambers for this conference using the Court's conference line, +1 646-453-4442 (Conference ID: 943 637 540#).

The parties are reminded that expert discovery is scheduled to close on March 31, 2025, except for the deposition of Dr. Ashwin Malhotra, which may proceed on April 2, 2025.

**SO ORDERED.**

Dated: February 20, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge