UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2025
```

KRISTIN BALLAS,

            Plaintiff,

-v-

GREENHOUSE SOFTWARE, INC., ET AL.,

            Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter dated March 6, 2025, wherein Plaintiff recounts the events that transpired the morning of her IME. ECF No. 182.

Plaintiff's request that her March 6, 2025 Letter be accepted in lieu of the joint status letter is denied. The parties are directed to submit a **joint** status report by March 13, 2025, as directed by the Court's February 20, 2025 Order.

Plaintiff's IME must go forward. In advance of the status conference scheduled on March 17, 2025, the parties are directed to meet and confer to reschedule Plaintiff's IME, including when, where, and how the examination will proceed with Dr. DeBenedetto.

**SO ORDERED.**

Dated: March 10, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge