UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
KRISTIN BALLAS,

                    Plaintiff,

        -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a status conference by telephone. For the reasons discussed during today's conference:

- Plaintiff's IME shall take place remotely on April 23, 2025;

- By April 9, 2025, Defendants shall provide Plaintiff with (1) information identifying the platform to be used for the IME, including a statement regarding whether such platform is HIPAA compliant, (2) instructions to connect to the platform for the IME, and (3) a statement regarding whether and, if so, how Plaintiff's representative can connect to the platform to monitor the IME remotely;

- Dr. DeBenedetto shall produce all required documents and disclosures by May 7, 2025; and

- The parties shall confer regarding a date for the deposition of Dr. DeBenedetto, which shall take place by May 30, 2025.

1

**SO ORDERED.**

Dated: March 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge