```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN BALLAS,

                Plaintiff,

    -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

               Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 15, 2023, the only parties to the case at the time, Kristin Ballas and Greenhouse Software, Inc., consented to magistrate judge jurisdiction. Dkt. No. 29. After that, additional parties joined the case (the "Added Parties"). Today, it came to the undersigned's attention that the Added Parties have not consented to magistrate judge jurisdiction. Accordingly, the Added Parties are directed to discuss whether they are willing to consent under 28 U.S.C. § 636(c) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

If the Added Parties all consent to proceed before a magistrate judge, counsel must, by **April 9, 2025**, submit to Judge Oetken a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). If such form is signed an so-ordered, any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

1

If any Added Party does not consent to conducting all further proceedings before a United States magistrate judge, the parties must, by **April 9, 2025**, file a joint letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties withholding consent.  The Added Parties are free to withhold consent without adverse substantive consequences.

**SO ORDERED.**

Dated: April 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2