USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN BALLAS,

                Plaintiff,

    -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

                Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On May 13, 2025, Plaintiff filed a Letter to the Court addressing three topics. ECF No. 203.

    First, Plaintiff raised a discovery dispute regarding defense expert Dr. DeBenedetto's disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). Defendants are directed to file their response letter by **May 16, 2025**.

    Second, Plaintiff requests that the Court set a briefing schedule for the Motion for Summary Judgment filed on May 5, 2025 at ECF No. 199.

    Third, Plaintiff states her intention to file a motion to exclude Defendant Fresh Wata's expert engineer from offering his opinions in this case and requests a pre-motion conference.

    A conference is scheduled on **May 19, 2025** at **10:00 a.m.** by telephone to address the discovery dispute and timing of any exclusion motion, and to set a briefing schedule for Plaintiff's motion for summary judgment. Counsel should

contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 695 534 93#).

**SO ORDERED.**

Dated: May 14, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge