USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN BALLAS,

      Plaintiff,

  -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

      Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 5, 2025, Plaintiff moved for summary judgment. Dkt. No. 199.

On May 13, 2025, Plaintiff filed a letter motion raising a dispute about expert disclosures. Dkt. No. 203.

Today, the Court held a conference to resolve the discovery dispute and set a schedule for summary judgment. For the reasons discussed at the conference, the Court rules as follows:

The expert deposition of Dr. DeBenedetto shall go forward on May 20, 2025, as scheduled, regardless of any outstanding issue of expert fees.

Opposition to Plaintiff's motion for summary judgment and any cross-motions for summary judgment shall be filed by June 13, 2025. Plaintiff's reply and oppositions to the cross-motions shall be filed by June 27, 2025. Replies for any cross-motions shall be filed by July 7, 2025.

Following ruling on the summary judgment motions, the parties are directed to meet and confer and to file a joint letter proposing a schedule for expert exclusion motions.

**SO ORDERED.**

Dated: May 19, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge