USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN BALLAS,

                Plaintiff,

    -v-

GREENHOUSE SOFTWARE, INC., ET AL.,

                Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 7, 2025, Defendant Production Glue, LLC filed a Letter requesting a pre-motion conference to address a briefing schedule for cross-motions for summary judgment among the defendants. ECF No. 228. On July 8, 2025, Plaintiff Kristin Ballas filed a response letter. ECF No. 229. Any further responses shall be filed by **July 10, 2025**.

A conference is scheduled on **July 23, 2025** at **12:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 927 187 922#).

**SO ORDERED.**

Dated: July 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1