UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN BALLAS,

            Plaintiff,

-v-

GREENHOUSE SOFTWARE, INC., ET AL.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2025

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 18, 2025, Plaintiff filed a Letter Motion to compel third-party New York State Workers' Compensation Board (the "Board") to produce documents in response to a subpoena. ECF No. 239.

Plaintiff is directed to serve a copy of this Order and the Letter Motion on the Board and to file proof of such service by **August 22, 2025**. The Board's response, if any, is due by **September 5, 2025**.

A conference is scheduled on **September 10, 2025** at **11:30 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 440 303 75#).

**SO ORDERED.**

Dated: August 19, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1