UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025
```

KRISTIN BALLAS,

                Plaintiff,

-v-

GREENHOUSE SOFTWARE, INC., ET AL.,

                Defendants.

**ORDER**

22-CV-10332 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address Plaintiff's Letter Motion to compel third-party New York State Workers' Compensation Board to produce documents in response to a subpoena. ECF No. 239. During the conference, the Court was advised that the documents sought have been produced. Accordingly, Plaintiff's Letter Motion, ECF No. 239, is **DENIED AS MOOT**.

Additionally, during the conference the parties raised the issue of a briefing schedule for motions *in limine*. The Court declined to set a briefing schedule today. Per the Court's May 19, 2025 Order at ECF No. 211, after ruling on the parties' summary judgment motions, the parties are directed to meet and confer and file a joint letter proposing a briefing schedule for all expert exclusion motions.

**SO ORDERED.**

Dated: September 10, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge